# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **VIRGIN RECORDS AMERICA INC.,** a California corporation, **ARISTA RECORDS LLC**, a Delaware limited liability company, **UMG RECORDINGS, INC.**, a Delaware corporation, **BMG MUSIC**, a New York general partnership, and **MAVERICK RECORDING COMPANY**, a California joint venture, | ) ) ) ) ) ) ) ) | |
| | ) | **4:08CV3161** |
| Plaintiffs, | ) ) | **SCHEDULING ORDER** |
| vs. | ) ) ) | |
| **TARYN OBENCHAIN,** | ) ) | |
| Defendant. | ) | |

This case is before the magistrate judge for full pretrial supervision. The court file shows that the defendant was served with summons on August 19, 2008. Apparently, the defendant has failed to timely answer or otherwise respond to the complaint. It remains plaintiffs' duty to go forward in prosecuting the case.

**IT THEREFORE IS ORDERED** that plaintiffs are given until **October 30, 2008** to (a) obtain a Clerk's entry of default and file a motion for default judgment, or (b) take other appropriate action to prosecute the case. If appropriate action is not taken, I will recommend that the case be dismissed without prejudice for failure to prosecute.

**DATED October 7, 2008.**

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**